IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

LORETTA M. ASSALONE,

    Plaintiff,

V                                    Case No. 2:11-cv-10969-PJD-MKM

G. REYNOLDS SIMS & ASSOCIATES, P.C.,

    Defendant,
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**CONSIDERING** the foregoing Stipulation and this Order of Dismissal with Prejudice;

**IT IS HEREBY ORDERED** that all of the claims Plaintiff, Loretta Assalone made or could have made in this action against Defendant, G. Reynolds Sims & Associates, PC are dismissed with prejudice and without costs to any party.

**THIS ORDER CLOSES THE CASE.**

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: June 30, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, June 30, 2011, by electronic and or ordinary mail.

    s/Marilyn Orem
    Case Manager